No. 10–1078. SLATER v. NEW JERSEY. Super. Ct. N. J., App. Div. Certiorari denied.

No. 10–1083. FLINT v. CHAUVIN. C. A. 6th Cir. Certiorari denied.

No. 10–1088. HINTON-LYNCH v. HORTON. Ct. App. Ga. Certiorari denied.

No. 10–1096. ZAVALIDROGA ET AL. v. COTE ET AL. C. A. 2d Cir. Certiorari denied.

No. 10–1100. DOE, A MINOR, BY HIS PARENTS AND NEXT FRIENDS DOE ET UX., ET AL. v. KAMEHAMEHA SCHOOLS/BERNICE PAUAHI BISHOP ESTATE ET AL. C. A. 9th Cir. Certiorari denied.

No. 10–1110. CRISP v. BESSEN, JUDGE, STATE COURT OF GEORGIA, FULTON COUNTY. Ct. App. Ga. Certiorari denied.

No. 10–1122. TAMRAZ ET UX. v. LINCOLN ELECTRIC CO. ET AL. C. A. 6th Cir. Certiorari denied.

No. 10–1123. TUETKEN v. TUETKEN. Sup. Ct. Tenn. Certiorari denied.

No. 10–1125. GUGGENHEIM ET AL. v. CITY OF GOLETA, CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 10–1126. SPRINGER v. PERRYMAN, JUDGE, CIRCUIT COURT OF ALABAMA, RANDOLPH COUNTY, ET AL. C. A. 11th Cir. Certiorari denied.

No. 10–1134. CHIEN v. SKYSTAR BIO PHARMACEUTICAL CO. ET AL. C. A. 2d Cir. Certiorari denied.

No. 10–1135. SCARBOROUGH v. DILLARD'S, INC., FKA DILLARD DEPARTMENT STORES, INC. Sup. Ct. N. C. Certiorari denied.